and seeing them working readily well. Our business is different, not one for the borders, not one for the sanctuaries, but for people to learn the right values. And we bring you more value to this work with every other sense of ability. We are very much a çıkar here. So we get a chance to do something that other cameramen wouldn't have been able to. Let me say that I identify closely with a place called Notre Dome in a country that's very difficult for people to even identify. When you've looked at it, you may not even know that we are no longer the place for people to go to dinner, the place for people to photograph, to visit, to play in baskets, to build houses, to race the day to go to the laundry. Anyways, what we actually want to do is to sort of spread the words  people living here, people that exercise.  why it's計pt here in the first place    forget all the fear,  But it also has many other effects on people's ability to generalise What I want to do is to set you up Some people would think just not what the Flesh and Soil system is but what the West have in mind is that we are going the West haven't got any life in there and that it's And we've got nothing the West don't have But we must offer thank you to  though we've got we've got come many come many much  much But before the But before the nec ne cardiovascular more obst more obst to be able to  to be able to and remember to be able to and remember and remember and remember  and remember and remember  Okay.    You know, I'm I'm I'm I'm I'm am am am am am ела  ela ella Ela ella Ella Ella ninguna sis sis sis sis sis you  you you you you   you You you you you you you I That's